```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                       :

DARIUS WADE,                                   :

                                                       :

                         Petitioner,:

                                                       :                  1:21-cv-9138-GHW

              -against-                          :

                                                       :                  <u>ORDER</u>

SUPERINTENDENT MELECIO,           :

                                                       :

                         Respondent.:

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On April 13, 2022, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than April 27, 2022. Dkt. No. 18. On April 27, 2022, Respondent indicated that he had attempted to confer regarding the issue with the *pro se* Petitioner, but he had yet to receive a response. Dkt. No. 19. On April 28, 2022, the Court directed Respondent to file a letter updating the Court on its continuing efforts to confer regarding this matter by July 11, 2022. Dkt. No. 20. However, the Court has yet to receive that letter. Accordingly, Respondent is directed to comply with the Court's April 28, 2022 order no later than November 18, 2022.

       The Clerk of Court is directed to mail a copy of this order to Petitioner.

       SO ORDERED.

Dated: September 19, 2022
New York, New York
                                                                         GREGORY H. WOODS
                                                                United States District Judge