**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARIUS WADE,

                Plaintiff,

   -against-                                 21 **CIVIL** 9138 (GHW)

                                                     **JUDGMENT**

SUPERINTENDENT MELECIO,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2023, the R&R is accepted and adopted in its entirety. For the reasons articulated in the R&R, the petition is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Petitioner has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253; accordingly, the case is closed.

**Dated:** New York, New York

      March 15, 2023

                                                          **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                           **BY:**      *K. Mango*

                                                             **Deputy Clerk**